UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| CARRIE ANN KOLODJI, | Civil No. 09-2601 (JRT/RLE) |
| Plaintiff, | |
| v. | **ORDER** |
| RICHARD ALLEN JONES, JR., | |
| Defendant. | |

_____

Kenneth Kimber, **HANFT FRIDE PA**, 130 West Superior Street, Suite 1000, Duluth, MN 55802; Thomas Kuesel, **KUESEL LAW OFFICE**, 518 Beltrami Avenue NW, Bemidji, MN 56601, for plaintiff.

Frank Bibeau, **LEECH LAKE BAND OF OJIBWE**, 115 NW Sixth Street, #E, Cass Lake, MN 56633, for defendant.

The parties in this case are hereby notified that the plaintiff's motion to remand to state court [Docket No. 5] and motion for sanctions [Docket No. 21] will both be heard by this Court on the papers submitted. No hearing will be set.

If defendant chooses to file a response to the motion for sanctions it must be served and filed by November 20, 2009. If defendant does not file a response to the motion for sanctions, the Court will deem defendant's Memorandum of Law in Opposition to Plaintiff's Motions for Remand, Rule 11 Sanctions and to Support Transfer to Leech Lake Tribal Court [Docket No. 15] to be responsive to plaintiff's motion for sanctions [Docket No. 21].

DATED: November 6, 2009
at Minneapolis, Minnesota.

                                                                                 ____s/John R. Tunheim____
                                                                                    JOHN R. TUNHEIM
                                                                     United States District Judge