# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| CARRIE ANN KOLODJI, | Civil No. 09-2601 (JRT/RLE) |
| Plaintiff, | |
| v. | **ORDER** |
| RICHARD ALLEN JONES, JR., | |
| Defendant. | |

_____

      Kenneth A. Kimber and David Tilden, **HANFT FRIDE**, 1000 U.S. Bank Place, 130 West Superior Street, Duluth, MN 55802-2094; Thomas Kuesel, **KUESEL LAW OFFICE**, 518 Beltrami Avenue NW, Bemidji, MN 56601, for plaintiff.

      Frank Bibeau, **LEECH LAKE BAND OF OJIBWE**, 6530 U.S. Highway 2, NW, Cass Lake, MN 56633, for defendant.

This matter came before the Court upon the Stipulation Regarding Court Awarded Fees and Expenses Under 28 U.S.C. § 1447 (c) and Fed. R. Civ. P. 11 [Docket No. 56], by and between the Plaintiff Carrie Ann Kolodji ("Plaintiff") and Defendant Richard Allen Jones, Jr., ("Defendant").

      **IT IS HEREBY ORDERED THAT**:

      1.      Defendant, pursuant to 28 U.S.C. § 1447 (c) is liable for the entirety of Plaintiff's attorney's fees and costs in the amount of $12,656.75. Frank Bibeau and the legal department of the Leech Lake Bank of Ojibwe are also liable for the entirety of Plaintiff's attorney's fees and costs in the amount of $12,656.75 pursuant to the sanctions ordered by this Court under Fed. R. Civ. P. 11. Defendant, Frank Bibeau, and the legal department of the Leech Lake Bank of Ojibwe agree to pay Plaintiff $12,656.75 in

attorney's fees and costs by certified check payable to "Carrie Ann Kolodji" and delivered within not less than thirty (30) days from the date of this Court's Order on this Stipulation to Plaintiff's attorney, Kenneth A. Kimber, Hanft Fride, P.A., 130 West Superior Street, Suite 1000, Duluth, Minnesota 55812.

    2.    This Court shall retain limited jurisdiction over this matter to ensure that:

        a.    the amount identified in Paragraph 1 is paid to Plaintiff in full and in a timely manner; and

        b.    Mr. Bibeau submits an affidavit to this Court confirming that he has completed the non-monetary sanctions described in the Memorandum Opinion and Order.

    3.    The parties each waive their right to appeal from the Memorandum Opinion and Order, the Stipulation Regarding Court Awarded Fees and Expenses under 28 U.S.C. § 1447 (c) and Fed. R. Civ. P. 11 and this Order.

Dated: February 8, 2010
at Minneapolis, Minnesota

        s/ John R. Tunheim
        JOHN R. TUNHEIM
        United States District Judge